(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Combustion Engineering, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec/Tax I.D. No. (if more than one, state all):<br>13-1587569 | Soc. Sec./Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No & Street, City, State & Zip Code):<br><br>501 Merrit 7<br>Norwalk, CT 06851 | Street Address of Joint Debtor (No & Street, City, State & Zip Code): |
| County of Residence or of<br>the Principal Place of Business: Fairfield County | County of Residence or of<br>the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>2000 Day Hill Road<br>Windsor, CT 06095 | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☐ Individual(s)  ☐ Railroad<br>☒ Corporation  ☐ Stockholder<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____ | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☐ Chapter 7  ☒ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Se. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business  ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   | THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☒ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☒ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☒ | |

(Official Form 1) (9/01)                            FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Combustion Engineering, Inc. | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed:    N/A | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:    N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtors(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am ware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor(s)

_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made a part of this petition.
☐ No.

**Signature of Attorney**

X /s/ Laura Davis Jones
Signature of Attorney for Debtor(s)
Laura Davis Jones, Esq. (Bar No. 2436)
Printed Name of Attorney for Debtor(s)
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
Firm Name
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Address
(302) 652-4100
Telephone Number
February 13, 2003
Date

/s/ Jeffrey N. Rich
Signature of Attorney for Debtor(s)
Jeffrey N. Rich, Esq.
Printed Name of Attorney for Debtor(s)
Kirkpatrick & Lockhart LLP
Firm Name
599 Lexington Avenue
Address
(212) 536-4097
Telephone Number

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ John Brett
Signature of Authorized Individual
John Brett
Printed Name of Authorized Individual
Secretary
Title of Authorized Individual
Date February 13, 2003

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No. 03-_____ ( ) |
| | ) | |
| Debtor. | ) | |

**Exhibit "C"**

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

See attached. The Debtor does not believe that any property it possesses poses a "threat of imminent and identifiable harm to the public health or safety," but in the interests of full disclosure, the Debtor lists all of its property and a brief description of remediation efforts at those properties.

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

See attached.

# Exhibit C (Attachment)

Combustion Engineering, Inc., a Delaware corporation ("Debtor"), owns the following property: (1) 2000 Day Hill Road, Windsor, CT (the "Connecticut Site"); and (2) Georgia Highway 378 West, Lincoln County, GA (the "Georgia Site").

## (1) The Connecticut Site

The Connecticut Site is a 544-acre parcel of land located in the Town of Windsor, Connecticut. Only the central "core" of the Connecticut Site, consisting of approximately 150 acres, is developed. The remainder of the Connecticut Site is undeveloped woodland.

The Debtor owns and manages the Connecticut Site property as a landlord. The Debtor has no active operations or employees on the Connecticut Site. While the Debtor has no active operations on the Connecticut Site, the Connecticut Site is the subject of federal remediation efforts arising from the Debtor's use of nuclear products on this property from the period of 1956 through 1993 in conjunction with its work for the United States Navy and former United States Atomic Energy Commission, and its non-nuclear products for other Debtor activity relating to its business activities. Currently, the remediation efforts with respect to the Connecticut Site are under the oversight of (i) the Nuclear Regulatory Commission (NRC) with respect to licensed commercial radiological residue caused by nuclear products, (ii) the United States Army Corp of Engineers (USACE) under the Formerly Utilized Remedial Action Program (FUSRAP) with respect to non-licensed radiological products and (iii) the Debtor, under the Voluntary Corrective Action Program under the Environmental Protection Agency's Resource Conservation and Recovery Act with respect to non-radiological chemical residue. The Debtor's remediation efforts at the Connecticut Site are on-going.

The Debtor's parent, Asea Brown Boveri, Inc., assumed remediation costs relating to the nuclear activities that the Debtor formerly conducted on the Connecticut Site. The Debtor is responsible for all other remediation efforts caused by non-radiological products related to the Connecticut Site.

## (2) The Georgia Site

The Debtor owns the Georgia Site, which prior to 1986 was an operational kyanite mine located in Lincoln County, Georgia. Mining operations have been discontinued and the Georgia Site has been closed since that time. Beginning in the early 1990's, the Debtor has worked in conjunction with the Georgia Department of Natural Resources, Environmental Protection Division (GADNR) pursuant to the terms of a Consent Order dated September 6, 1991 and further amended on March 2, 1995 and November 25, 1996, to meet various site and permitting conditions and/or requirements with respect to land reclamation and water quality improvement at the Georgia Site. The purpose of this remediation effort is to reduce acid runoff from the Georgia Site. The Debtor's remediation efforts at the Georgia Site are on an on-going basis.

The Debtor's parent, Asea Brown Boveri, Inc., assumed all remediation costs and environmental liability relating to the Georgia Site.