IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Combustion Engineering, Inc.,    Chapter 11
          Debtor.                              Case No. 03-_____ ( )

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.**

| (1) NAME OF CREDITOR | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| CE Settlement Trust | Haynes Downard Andra & Jones LLP<br>Two North 20th Street, Suite 550<br>Birmingham, AL 35203<br>Attn: Hasbrouck Haynes, Jr. CPA | Note Payable | | $75,607,740.17 |
| ALSTOM | 25 Avenue Kleber<br>75795 Paris Cedex 16<br>FRANCE | Note Payable | | $12,000,000.00 |
| Chris Sims | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $1,750,000.00 |
| Richard T. Gross | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $700,000.00 |
| Freida L. Phillips | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $600,000.00 |
| Lester Lee White | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $600,000.00 |
| Donald J. Rouse | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $500,000.00 |
| Melvin R. Jordan | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $500,000.00 |
| Joseph J. Trocki | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $500,000.00 |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (continuation)**

| (1)<br>NAME OF CREDITOR | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM<br>(If secured also state value of security) |
|---|---|---|---|---|
| Robert Delatte | c/o Baron & Budd<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219 | Asbestos Claim | | $500,000.00 |
| Kirk Stephen Richardson | c/o Walters and Kraus<br>17292 Golden West St.<br>Huntington, CA 92647 | Asbestos Claim | | $487,500.00 |
| Raymond Edward Wadas | c/o Baron & Budd<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219 | Asbestos Claim | | $475,500.00 |
| Bertil O. Olson | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $450,000.00 |
| L. Robert Crismas | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $400,000.00 |
| Estel E. Wandling | c/o The Law Offices of Stuart Calwell PLLC<br>405 Capitol Street<br>Suite 607<br>Charleston, WV 25301 | Asbestos Claim | | $400,000.00 |
| Harry W. Pennington | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $400,000.00 |
| Kenneth J. Lepak | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $400,000.00 |
| Sharon B. Eastland | c/o The Simmons Firm, L.L.C.<br>30 Evans Avenue, Suite 300<br>Wood River, IL 62095 | Asbestos Claim | | $400,000.00 |
| Charles Alvin Johnson | c/o Shepard A. Hoffman, Esq.<br>3100 Monticello Avenue<br>Dallas, TX 75205 | Asbestos Claim | | $236,500.00 |
| Thomas Clark Sibley | c/o Shepard A. Hoffman, Esq.<br>3100 Monticello Avenue<br>Dallas, TX 75205 | Asbestos Claim | | $236,500.00 |