IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  Chapter 1

Combustion Engineering, Inc.,  Case No. 03-_____

Debtor.

## DECLARATION UNDER PENALTY OF PERJURY OF DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

The undersigned, a duly authorized officer of Combustion Engineering, Inc., a Delaware corporation (the "Debtor"), in the above-entitled case, hereby certifies under penalty of perjury that the attached list of equity security holders (the "List of Equity Security Holders") reflects the Debtor's equity security holders that could be ascertained after diligent inquiry, and is correct and consistent with the Debtor's books and records. To the extent practicable, the List of Equity Security Holders complies with Del. Bankr. R 1007-1(a).

I declare under penalty of perjury and pursuant to Del. Bankr. LR 1007-1(a) that the foregoing is true and correct. Executed this 12th day of February 2003

/s/ John Brett
Secretary
Combustion Engineering, Inc

NY-222297 v3 0307171-0100

## LIST OF EQUITY SECURITY HOLDERS

## COMBUSTION ENGINEERING, INC.

| Holder | Address | Number of Shares | Common Stock % of Equity |
|---|---|---|---|
| Asea Brown Boveri Inc. | 501 Merrit 7 P.O. Box 5308 Norwalk, CT 06851 | 1,000 | 100% |