UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Combustion Engineering, Inc. | : | Case No. 03-10495 (JKF) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | OFFICIAL COMMITTEE OF |
| Debtor. | : | UNSECURED CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Ervin C. Washington, c/o Brent Coon & Associates, 3550 Fannin, Beaumont, TX 77701, Phone: (409) 835-2666, Fax: (409) 833-4483;

2. Kathleen Basford, c/o Kazan, McClain, Edises, Abrams, Fernandez, Lyons & Farrise, Attn: Steven Kazan, Esquire, 171 Twelfth Street, Third Floor, Oakland, CA 94607, Phone: (510) 465-7728, Fax: (510) 835-4913;

3. Patricia A. Maus as Proposed Administratrix for the Estate of Robert Maus and Patricia A. Maus Individually, c/o Weitz & Luxenberg, P.C., 180 Maiden Lane, New York, NY, 10038, Phone: (212) 558-5500, Fax: (212) 344-5461;

4. Dave Mitcheltree, c/o Law Office of Bruce Carter, Attn: Bruce Carter, 5458 Yosemite Drive, Fairfield, OH, 45014, Phone: (513) 829-7553, Fax: (513) 829-4579;

5. John Markovich, c/o Cooney and Conway, Attn: John D. Cooney, 120 North LaSalle, 30th Floor, Chicago, IL 60602, Phone: (312) 236-6166, Fax: (312) 236-3029;

6. James Dale Mass, c/o Baron & Budd, P.C., 3102 Oak Lawn Ave., Dallas, TX 75219, Phone: (214) 521-3605, Fax: (214) 520-1181;and

7. Bernetta Maloney, c/o Wise & Julian, P.C., P.O. Box 1108, 3555 College Avenue, Alton, IL 62002, Phone: (618) 462-2600, Fax: (618) 462-2622.

DONALD F. WALTON
ACTING UNITED STATES TRUSTEE


   /s/ Richard L. Schepacarter
Frank J. Perch, III
ASSISTANT UNITED STATES TRUSTEE

DATED: March 11, 2003

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400