IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
COMBUSTION ENGINEERING, INC., )
) Case No. 03-10495 (JKF)
Debtor. )
) Related to Docket No. 908

**ORDER AUTHORIZING <u>NUNC PRO TUNC</u> RETENTION AND EMPLOYMENT OF LEGAL ANALYSIS SYSTEMS, INC. AS CONSULTANTS ON ASBESTOS LIABILITIES TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTION 1103(a) OF THE BANKRUPTCY CODE**

THIS MATTER COMING TO BE HEARD upon the Application for an Order Authorizing <u>Nunc Pro Tunc</u> Retention and Employment of Legal Analysis Systems, Inc. as Consultants on Asbestos Liabilities to the Official Committee of Unsecured Creditors Pursuant to Section 1103(a) of the Bankruptcy Code (the "<u>Application</u>") filed by the Official Committee of Unsecured Creditors (the "<u>Committee</u>"); and upon the affidavit of Mark Peterson in support of the Application (the "<u>Affidavit</u>"); and due notice of the Application having been given; and the Court being satisfied, based upon the representations made in the Application and the Affidavit that Legal Analysis Systems, Inc. and its employees are disinterested persons as such term is defined in Section 101(14) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and it appearing that the relief requested in the Application is in the best interests of the Committee, the Debtor, the Debtor's estate, creditors and shareholders; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is granted; and

2. The Official Committee of Unsecured Creditors is authorized to retain and employ Legal Analysis Systems, Inc. as its consultants on asbestos liabilities in this Chapter 11 case <u>nunc pro tunc</u> to May 9, 2003, pursuant to Section 1103(a) of the Bankruptcy Code and according to the terms set forth in the Application.

Dated: 8/21, 2003

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

#549962