IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: COMBUSTION ENGINEERING, INC.     )     CHAPTER 11 *Re/797*

                           )

         Debtor                     )     CASE NO. 03-10495(JFK) *11-10-04*
*agenda /*

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO EMPLOY COUNSEL**

AND NOW, this *2nd* day of *Nov.*, 2004, upon consideration of the

Application of the Official Committee of Unsecured Creditors (the "Committee") for

Authority to Retain and Employ Campbell & Levine, LLC as Delaware and Associated

Counsel (the "Application") and after Notice and no objection thereto, it appearing that

the employment of counsel by the Committee for the purposes set forth in the

Application will be useful and necessary and the Court being satisfied that Campbell &

Levine, LLC ("Campbell & Levine") neither holds nor represents any interest adverse

to the estate, and that Campbell & Levine is a disinterested party within the meaning of

11 U.S.C. Section 327 and upon the Affidavit of Marla R. Eskin, and notice having

been given to all interested parties and no adverse interest being represented, It is

hereby

      ORDERED that the Application is Granted; and it is further

      ORDERED that the Committee is authorized to employ Campbell & Levine as

its local counsel to perform the services set forth in the Application; and it is further

      ORDERED that compensation and reimbursement of expenses for Campbell &

Levine shall be based upon the Federal Rules of Bankruptcy Procedure, the Local Rules

of this Court and the administrative order governing compensation of professionals in

this case, and it is further

{D0025410:1 }

ORDERED, that the appointment of Campbell & Levine as counsel for the Committee shall be effective as of September 10, 2004.

*Judith K. Fitzgerald*

JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

{D0025410:1 }