IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No.: 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | Related to Docket Nos. 2299 and 2422<br>Item No. 1 on August 19, 2005<br>Agenda |

**SUPPLEMENTAL ORDER (A) APPROVING ADEQUACY OF DEBTOR'S MODIFIED DISCLOSURE STATEMENT; (B) APPROVING FORM OF BALLOTS, VOTING DEADLINE, AND RESOLICITATION PROCEDURES; (C) APPROVING FORM AND MANNER OF NOTICES; AND (D) APPROVING THE FORM OF LETTERS IN SUPPORT OF THE MODIFIED PLAN**

WHEREAS, a hearing was held on August 19, 2005 (the "Disclosure Statement Hearing") to consider the motion (the "Resolicitation Motion")[1] of the debtor, Combustion Engineering, Inc. (the "Debtor), seeking entry of an order (a) approving the adequacy of the Modified Disclosure Statement for the Debtor's Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code as of June 24, 2005, as modified through August 19, 2005 (the "Modified Disclosure Statement"); (b) approving form of ballots, voting deadline, and resolicitation procedures; (c) approving form and manner of notices; and (d) approving the form of the letters in support of the modified plan; and

WHEREAS, at the Disclosure Statement Hearing, this Court entered an Order (A) Approving Adequacy of Debtor's Modified Disclosure Statement; (B) Approving Form of Ballots, Voting Deadline, and Resolicitation Procedures; (C) Approving Form and Manner of

---

[1] Capitalized terms not defined herein shall have the meaning as ascribed in the Resolicitation Motion.

Notices; and (D) Approving the Form of Letters in Support of the Modified Plan (the "Order Approving Disclosure Statement"); and

WHEREAS, at the Disclosure Statement Hearing, this Court scheduled certain hearing dates and imposed certain deadlines that were not incorporated into the Order Approving Disclosure Statement, and directed that a supplemental order be submitted to include such hearing dates and deadlines.

NOW, THEREFORE, it is hereby

ORDERED that a hearing on confirmation of the Modified Plan (the "Confirmation Hearing") is hereby scheduled for September 28, 2005 at 9:00 a.m., Eastern Daylight Time and, to the extent necessary, shall continue on September 29, 2005 at 9:00 a.m., Eastern Daylight Time (for a half day only) and on October 11, 2005 at 9:00 a.m., Eastern Daylight Time (for a half day only); and it is further

ORDERED that the deadline for filing a brief in support of or opposition to confirmation of the Modified Plan (an "Initial Brief") is September 12, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

ORDERED that the deadline for filing affidavits in support of or opposition to confirmation of the Modified Plan ("Initial Affidavits"), other than affidavits relating to voting or solicitation of the Modified Plan and affidavits of expert witnesses, is September 12, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

ORDERED that the deadline for filing a brief in response to an Initial Brief (a "Responsive Brief") is September 16, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

ORDERED that a Responsive Brief shall not exceed a maximum of ten (10) pages, except as may otherwise be permitted by further order of the Court; and it is further

ORDERED that the deadline for filing a brief in reply to a Responsive Brief (a "Reply Brief") is September 21, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

15252-001\DOCS_LA:143935.1

ORDERED that a Reply Brief shall not exceed a maximum of ten (10) pages, except as may otherwise be permitted by further order of the Court; and it is further

ORDERED that the deadline for filing affidavits in response to or to supplement an Initial Affidavit ("Responsive Affidavits") is September 21, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

ORDERED that the deadline for filing affidavits and/or reports of expert witnesses is September 21, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

ORDERED that the deadline for filing affidavits relating to voting or solicitation of the Modified Plan is September 23, 2005 at 6:00 p.m., Eastern Daylight Time; and it is further

ORDERED that limited discovery related to confirmation of the Modified Plan shall commence on August 19, 2005 and conclude by September 23, 2005; and it is further

ORDERED that the deadline for disclosing a party's witness list (the "Initial Witness List") and serving exhibits (the "Initial Exhibits") is September 21, 2005 at 6:00 p.m. Eastern Daylight Time; and it is further

ORDERED that the deadline for disclosing rebuttal witnesses in response to the Initial Witness List and for serving rebuttal exhibits in response to Initial Exhibits is September 23, 2005 at 6:00 p.m. Eastern Daylight Time.

Dated: 9/7/2005
Dated 15:00:18            , 2005

*Judith K. Fitzgerald*
                                   rmab
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

15252-001\DOCS_LA:143935.1