IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Combustion Engineering, Inc., | ) | |
| | ) | Case No. 03-10495 (JKF) |
| Debtor-in-Possession. | ) | |

**PLAN PROPONENTS' WITNESS LIST FOR THE CONFIRMATION HEARING**

Combustion Engineering, Inc., the above-captioned debtor and debtor-in-possession ("CE"), by and through its undersigned counsel, along with the other proponents of the Modified Plan (the "Plan Proponents") will likely call the following witnesses at the confirmation hearing to commence on September 28, 2005, to testify to the confirmation issues identified after each respective witnesses' description. The Plan Proponents reserve the right to supplement or revise this witness list, to call any witnesses identified by any other party, and to call any witnesses who may be necessary for record custodian/foundational purposes or rebuttal or to address developments in the Chapter 11 Case or any particular issues or concerns that may be raised by the Court. Further, the Plan Proponents reserve the right to call any witness who testified in support of CE's original pre-packaged plan (the "Pre-Packaged Plan") to testify to the subject matter of his or her Pre-Packaged Plan testimony.

1.   Mr. David Austern
     c/o Claims Resolution Management Corporation
     8260 Willow Oaks Corporate Drive
     Suite 600
     Fairfax, VA 22031

Mr. Austern will testify regarding the interests of future Demand holders under the Modified Plan; the Modified Plan negotiations and his due diligence; his and his advisors' analyses regarding the adequacy and fairness of the Modified Plan, including the parity in treatment between the Asbestos PI Trust Claimants and Participating Claimants, the TDP, and other issues. Without limitation, Mr. Austern's testimony may address the following specific, related and additional issues:

- All other matters addressed in his testimony provided in connection with the Pre-Packaged Plan

- Any other matters addressed in his affidavits/declarations filed in connection with the Pre-Packaged Plan and the Modified Plan

2.  Mr. Joseph Radecki
    CIBC World Markets Corp.
    425 Lexington Ave., 3rd Flr.
    New York, NY 10017

Mr. Radecki will testify with respect to the value of the assets to be contributed to the Asbestos PI Trust pursuant to the Modified Plan, the appropriate discount rate to be applied to estimates of future claims for the purpose of projecting recoveries to future claimants, and other matters. Without limitation, Mr. Radecki's testimony may address the following specific, related and additional issues:

- Feasibility

- All other matters addressed in his testimony provided in connection with the Pre-Packaged Plan

- Any other matters addressed in his affidavits/declarations filed in connection with the Pre-Packaged Plan and the Modified Plan

3

DOCS_LA:144485.1

3.  Ms. Pamela D. Zilly
    Senior Managing Director
    The Blackstone Group
    345 Park Avenue, 30th Floor
    New York, NY 10154

    Ms. Zilly will testify regarding CE's historical business and financial operations, the value of CE assets under various alternative scenarios (including liquidation and with/without ABB contributions), CE liquidation analysis, the Lummus liquidation analysis, and other issues. Without limitation, Ms. Zilly may address the following specific, related and additional issues:

- "Best Interests" Test

- Feasibility

- Due diligence

- All other matters addressed in her testimony provided in connection with the Pre-Packaged Plan

- Any other matters addressed in her affidavits/declarations filed in connection with the Pre-Packaged Plan and the Modified Plan

4.  Mr. John Brett
    Senior Vice President and General Counsel/ABB Holdings Inc.
    Secretary/CE
    Norwalk, CT

Subjects of Testimony:

- Background of the Pre-Packaged Plan and the origins of the Chapter 11 Case

- Modified Plan negotiations

- Provisions of the Modified Plan and the exhibits thereto

- "Best Interests" Test

- Feasibility

- Solicitation

- Good faith filing

- CE's operations and business

- The value of CE's real estate asset

- Environmental remediation of CE's real estate asset and ABB's indemnification of CE with respect to such remediation

- Discharge and injunction provisions

- Classification

- Insurance treatment and recoveries

- Any plan modifications

- Various other confirmation requirements (incl. those set forth in CE's Brief in support of confirmation of the Modified Plan)

- Due diligence

- Lummus and Basic

- All other matters addressed in his testimony provided in connection with the Pre-Packaged Plan

- Any matters addressed in his affidavits/declarations filed in connection with the Pre-Packaged Plan and the Modified Plan

5. Mr. John Dickhoff
   CVCSC
   175 Capital Boulevard
   Rocky Hill, CT 06067

   Mr. Dickhoff will testify as to claims valuation and related claims issues, including the payment of claims by the CE Settlement Trust. Without limitation, Mr. Dickhoff's testimony may address the following specific, related and additional issues:

   - "Best Interests" Test

   - Solicitation

   - Fairness in treatment between claimants under the Modified Plan, including parity between payments under the CE Settlement Trust and the Asbestos PI Trust.

   - Insurance treatment and recoveries

   - Various other confirmation requirements (incl. those listed in CE's Brief in support of confirmation of the Modified Plan)

   - Lummus

   - All other matters addressed in his testimony provided in connection with the Pre-Packaged Plan

   - Any matters address in his affidavits/declarations filed in connection with the Pre-Packaged Plan and the Modified Plan

6.  Margaret Duplantier, Esq.
    Senior Vice President, Secretary, and
        General Counsel of ABB Lummus Global Inc.
    3010 Briarpark Drive
    Houston, TX 77042

Ms. Duplantier will testify to issues involving Lummus, including the factors necessitating the inclusion of Lummus in the Pre-Packaged Plan, the negotiation of the Lummus Plan and the elements of the Lummus Plan, the interrelated nature of the Modified Plan to the Lummus Plan, the Lummus solicitation process, the history and business operations of Lummus, and Lummus' present and projected business condition and financial affairs. Without limitation, Ms. Duplantier's testimony may address the following specific, related and additional issues:

- Lummus Plan negotiations

- Feasibility

- Solicitation of Lummus Claimants

- Good faith of Lummus Claimants

- Discharge and injunction provisions

- Classification

- Insurance treatment and recoveries

- Various other confirmation requirements (incl. those set forth in CE's Brief in support of confirmation of the Modified Plan)

- Any other matters addressed in her affidavit filed in connection with the Modified Plan

7

7.  Michel Demaré
    Chief Financial Officer
    ABB Ltd
    Zurich, Switzerland

Mr. Demaré may testify as to the financial condition of ABB Ltd and its subsidiaries, and the ability of ABB Ltd and its subsidiaries to meet their obligations under the Modified Plan.

8.  Raji Bhagavatula
    Principal Consulting Actuary
    Milliman USA, Inc.
    One Pennsylvania Plaza, 38th Floor
    New York, NY

Ms. Bhagavatula will testify to the estimated number of future claims, the estimated payment percentage for claims to be paid by the Asbestos PI Trust, and any other matters addressed in her affidavit and/or expert report as appropriate.

9.     Mr. William Jones
   Managing Director
   Peterson Risk Consulting LLC
   1801 K Street, N.W.
   Suite 500
   Washington, DC 20006

       Mr. Jones will testify about the insurance matters addressed in his declaration filed in connection with the Modified Plan, including the amount and estimated reasonable value of insurance assets being contributed to the Asbestos PI Trust, and may testify regarding any other matters addressed in his declaration as appropriate.

10. Mr. Keith Knauerhase
    Manager of Environmental Engineering
    ABB Inc.
    Norwalk, CT

Mr. Knauerhase will testify regarding the value of CE's Windsor, Connecticut property, the environmental remediation and clean up of the Windsor property, and the development of the adjacent property owned by ABB Inc. Mr. Knauerhase's testimony may address any other matters addressed in his affidavit filed in connection with the Modified Plan.

11. Mr. Andy Karlbergs
    Director of Real Estate for North America
    ABB Inc.
    Norwalk, CT

Mr. Karlbergs will testify regarding the description, value, and potential uses of CE's Windsor, Connecticut property, and the development and value of the adjacent property owned by ABB Inc. Mr. Karlbergs' testimony may address any other matters addressed in his affidavit filed in connection with the Modified Plan.

Dated: September 21, 2005

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 536-4907

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

*/s/ Scotta McFarland*

Laura Davis Jones (Bar No. 2436)
Scotta McFarland (Bar No. 4184)
Curtis A. Hehn (Bar No. 4264)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Debtor and Debtor-in-Possession